THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 22 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| GERARDO ORTA | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. C-00-103 |
| BJ SERVICES COMPANY, | § § § | |
| Defendant. | § | |

## DEFENDANT'S AMENDED NOTICE OF REMOVAL FILED IN STATE COURT

BJ Services Company, Defendant in the above-styled and numbered cause, submits this Amended Notice of Removal Filed in State Court and would show the Court as follows:

Attached to this notice is a copy of the notice of removal filed in the 79th Judicial District Court of Jim Wells County, Texas, styled as No. 00-01-38223, *Gerardo Orta vs. BJ Services Company* (See Tab 1). The state court notice was filed on March 10, 2000, thus making the removal effective on that date pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted,

LOCKE LIDDELL & SAPP LLP

By: _William John Bux_
WILLIAM JOHN BUX
State Bar No. 03546400
Southern District of Texas Bar No.7396
3400 Chase Tower, 600 Travis
Houston, Texas 77002
(713) 226-1200
(713) 223-3717 (Facsimile)

ATTORNEY IN CHARGE FOR DEFENDANT
BJ SERVICES COMPANY.

HOUSTON 015882/00010 511401v1

OF COUNSEL:

LOCKE LIDDELL & SAPP LLP
David Gregory
State Bar No. 24007274
Southern District of Texas Bar No.24397
3200 Chase Tower
Houston, Texas 77002
Telephone: (713) 226-1200
Telecopier: (713) 223-3717

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2000, a true and correct copy of the foregoing Defendant's Amended Notice of Removal Filed in State Court has been served upon counsel for Plaintiff by placing the same in the United States Mail, Certified Mail, Return Receipt Requested with proper postage affixed and addressed as follows:

Charles C. Smith
317 Peoples St.
Nueces Bldg., Suite 1011
Corpus Christi, Texas 78401

_____
ATTORNEY FOR DEFENDANT

HOUSTON 015882/00010 511401v1

1

NO. 00-01-38223CV

| | | |
|---|---|---|
| GERARDO ORTA,<br>Plaintiff, | §<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT OF |
| VS. | §<br>§<br>§ | JIM WELLS COUNTY, TEXAS |
| BJ SERVICES COMPANY<br>Defendant. | §<br>§ | 79TH JUDICIAL DISTRICT |

## DEFENDANT'S STATE COURT NOTICE OF REMOVAL

TO: Mr. David Guerrero, Clerk of the 79th Judicial District Court of Jim Wells County, Texas and counsel for Plaintiff, Charles C. Smith, 317 Peoples St., Nueces Bldg., Suite 1011, Corpus, Christi, Texas 78401.

Please take notice that BJ Services Company, Defendant in the above styled and numbered cause, has on this 10th day of March, 2000, filed Defendant's Notice of Removal of this action in the office of the Clerk of the United States District Court for the Southern District of Texas, Corpus Christi Division, seeking that this action be removed to and be heard in said United States District Court, rather than in the Jim Wells County, Texas District Court. A copy of Defendant's Notice of Removal, which was filed in the said United States District Court, is attached hereto (without attachments) and made a part hereof.

FILED AT 2:35 O'CLOCK P.M.
R. DAVID GUERRERO
MAR 1 0 2000
CLERK DIST COURT, JIM WELLS CO., TEXAS
BY _____ DEPUTY

Respectfully submitted,

Locke Liddell & Sapp LLP

By: _William John Bux_
WILLIAM JOHN BUX
State Bar No. 03546400
3400 Chase Tower
600 Travis Street
Houston, Texas 77002-3095
Telephone (713) 226-1200

Telecopier (713) 226-3717

ATTORNEYS FOR DEFEENDANT
BJ SERVICES COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on this ___10___ day of March, 2000, a true and correct copy of the foregoing Defendant's State Court Notice of Removal has been served upon counsel for Plaintiff by placing the same in the United States Mail, Certified Mail, Return Receipt Requested with proper postage affixed and addressed as follows:

Charles C. Smith
317 Peoples St.
Nueces Building, Suite 1011
Corpus Christi, Texas 78401

_____
ATTORNEY FOR DEFENDANT

HOUSTON 015882/00010 507785v1