United States District Court
Southern District of Texas
FILED

MAR 23 2000

Michael N. Milby, Clerk

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| GERARDO ORTA § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. C-00-103 |
| § | |
| BJ SERVICES COMPANY, § | |
| § | |
| Defendant. § | |

## CERTIFICATE OF INTERESTED PARTIES

TO THE UNITED STATES DISTRICT COURT:

Defendant BJ Services Company files the following Certificate of Interested Parties, listing all persons and/or entities known to Defendants who may be financially interested in this litigation:

1)   Gerardo Orta; and

2)   BJ Services Company.

LOCKE LIDDELL & SAPP LLP

By: _[signature: William John Bux]_
WILLIAM JOHN BUX
State Bar No. 03546400
Southern District of Texas Bar No. 7396
3400 Chase Tower, 600 Travis
Houston, Texas 77002
(713) 226-1200
(713) 223-3717 (Facsimile)

ATTORNEY IN CHARGE FOR DEFENDANT
BJ SERVICES COMPANY.

OF COUNSEL:

LOCKE LIDDELL & SAPP LLP
David Gregory
State Bar No. 24007274
Southern District of Texas Bar No. 24397
3200 Chase Tower
Houston, Texas 77002
Telephone: (713) 226-1200
Telecopier: (713) 223-3717

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 22 day of March, 2000, a true and correct copy of the foregoing Certificate of Interested Parties in State Court has been served upon counsel for Plaintiff by placing the same in the United States Mail, Certified Mail, Return Receipt Requested with proper postage affixed and addressed as follows:

Charles C. Smith
317 Peoples St.
Nueces Bldg., Suite 1011
Corpus Christi, Texas 78401

ATTORNEY FOR DEFENDANT