UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 3 1 2000

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| GERARDO ORTA | * | |
| PLAINTIFF | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. C-00-103 |
| | * | |
| BJ SERVICES COMPANY, | * | |
| DEFENDANT | * | |

### PLAINTIFF, GERARDO ORTA'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **Gerardo Orta**, and files this his Certificate of Interested Parties, and would show as follows:

Gerardo Orta
2922 Bexar Drive
Corpus Christi, Texas 78415

Respectfully submitted,

Charles C. Smith
Attorney for Plaintiff
317 Peoples St.
Nueces Building, Suite 1011
Corpus Christi, Texas  78401
Telephone Number: (361) 883-1055
Facsimile Number: (361) 883-4041
State Bar Number: 18550210
Admission Number:  4312

1.

## CERTIFICATE OF SERVICE

I, do hereby certify that a true and correct copy of the above and foregoing Plaintiff, Gerardo Orta's Certificate of Interested Parties was mailed by U.S. Regular Mail on this 31st day of March, 2000 to the following:

David M. Gregory
**LOCKE LIDDELL & SAPP, LLP**
3400 Chase Tower, 600 Travis Street
Houston, Texas 77002-3095

_____
Charles C. Smith