# CIVIL COURT MINUTES

**JUDGE PRESIDING:** JANIS GRAHAM JACK

**CASE MANAGER:** Mary Beth Garza

**COURT RECORDER:** Velma Gano

**LAW CLERK:** Erik Hansen

**U.S.C.S.O.:** Eleazar Jaime

**U.S. MARSHAL:**

**INTERPRETER:**

United States District Court
Southern District of Texas
FILED
APR 1 4 2000
MICHAEL N. MILBY
CLERK

M. 9.

**DATE:** April 14, 2000   **OPEN:** 1:23   **ADJOURN:** 1:37

**TAPE:** #1, 2

**CIVIL ACTION NUMBER:** C-00-103

Gerardo Orta                    **COUNSEL:** Charles Smith

VS.

BJ Services Company             **COUNSEL:** William John Bux

(✓) IPTC: Case called. Appearances are made. Discussion of case matters. Scheduling order is signed. Court refers parties to mediation. Court signs general order. Court orders parties to pre-mark and exchange trial exhibits, prior to the filing of the JPTO.