THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GERARDO ORTA | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-00-103 |
| BJ SERVICES COMPANY, | § | |
| Defendant. | § | |

United States District Court
Southern District of Texas
FILED

NOV 08 2000

Michael N. Milby, Clerk

### NOTICE OF SERVICE OF DEFENDANT'S SUPPLEMENTAL RULE 26 INITIAL DISCLOSURE

COMES NOW Defendant BJ Services Company and hereby notifies the Court that it served upon Plaintiff on this the 7th day of November, 2000 its Supplemental Initial Disclosure pursuant to Federal Rule of Civil Procedure 26.

Respectfully submitted,

*/s/ William John Bux*
WILLIAM JOHN BUX
State Bar No. 03546400
So. Dist. of Texas Bar No. 7396
3400 Chase Tower, 600 Travis
Houston, Texas 77002-3095
(713) 226-1275
(713) 223-3717 (Facsimile)

ATTORNEY IN CHARGE FOR
DEFENDANT BJ SERVICES COMPANY.

OF COUNSEL:

LOCKE LIDDELL & SAPP LLP
David Gregory
State Bar No. 24007274
So. Dist. of Texas Bar No. 24397
3200 Chase Tower
Houston, Texas 77002
Telephone: (713) 226-1200
Telecopier: (713) 223-3717

HOUSTON:015882/00010:582975v1

15

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Service of Defendant's Supplemental Rule 26 Initial Disclosures was served upon the following via United States Mail, Certified Mail, Return Receipt Requested, on this 7th day of November, 2000.

Charles C. Smith
317 Peoples St.
Nueces Bldg., Suite 1011
Corpus Christi, Texas 78401

_____
David M. Gregory

HOUSTON:015882/00010:582975v1