UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

NOV 20 2000

Michael N. Milby, Clerk

| | |
|---|---|
| GERARDO ORTA * | |
| PLAINTIFF * | |
| * | |
| VS. * | CIVIL ACTION NO. C-00-103 |
| * | |
| BJ SERVICES COMPANY, * | |
| DEFENDANT * | |

## PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

COMES NOW Plaintiff, **Gerardo Orta** through counsel, and files this his Plaintiff's Designation of Expert Witnesses pursuant to Rule 26 of the Federal Rules of Civil Procedure.

### I.

1.  Economist, Elizabeth Ruble, 4455 So. Padre Island Drive, Suite 19A, Corpus Christi, Texas 78411, Telephone No. (361) 225-0220, Facsimile No. (361) 225-0267; has knowledge in regards to the lost wages and past and future benefits, including retirement and other benefits provided to management employees of Defendant.

2.  Thomas E. Baker, Attorney at Law, 500 N. Water Street, Suite 1020, Corpus Christi, Texas 78405, Telephone No. (361) 888-4737.  Mr. Baker has knowledge regarding the attorney's fees incurred in this case.

3.  Helen Gurley, Assistant Director of Personnel Services, Corpus Christi Independent School District, 901 Leopard Street, Corpus Christi, Texas 78401; (361) 886-9200. Ms. Gurley has knowledge of personnel services.

16.

## II.

This person has not been retained or specially employed to provide expert testimony in this case.

The Plaintiff reserves the right to amend his Designation of Expert Witnesses in the event they learn through discovery that additional experts are necessary.

Respectfully submitted,

Charles C. Smith
Attorney for Plaintiff
317 Peoples St.
Nueces Building, Suite 1011
Corpus Christi, Texas 78401
Telephone Number: (361) 883-1055
Facsimile Number: (361) 883-4041
State Bar Number: 18550210
Admission Number: 4312

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2000, a true and correct copy of Plaintiff's Designation of Expert Witnesses was sent to David M. Gregory, **LOCKE LIDDELL & SAPP, LLP,** 600 Travis Street, 3200 Chase Tower, Houston, Texas 77002, by Certified Mail, Return Requested.

Charles C. Smith