United States District Court
Southern District of Texas
ENTERED

JAN 0 8 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GERARDO ORTA | § | |
| | § | |
| | § | |
| V. | § | Civil Action No. C-00-103 |
| | § | |
| | § | |
| BJ SERVICES COMPANY | § | |

## ORDER STRIKING PLEADING(S)

The Clerk has filed your <u>Defendant BJ Services Company's Motion to Strike Plaintiff's Substantive Changes to his Deposition, or, in the Alternative, Motion to Re-Depose Plaintiff at Plaintiff's Expense;</u> however, it is deficient in the area(s) checked below:

1. ___ Pleading is not signed. (LR 11.3)

2. ___ Pleading is not in compliance with LR 11.3.A(1) through (6)

3. ___ Caption of the pleading is incomplete. (LR10.1)

4. ___ No certificate of service, or explanation why service is not required. (LR5.4)

5. ___ No statement re conference w/opposing counsel. (LR7.1.D)

6. ___ Separate proposed order not attached. (LR7.1.C)

7. ___ Motion to consolidate is not in compliance with LR7.6.

8. _X_ Other: <u>Discovery motion filed without prior telephonic permission</u>

The Clerk is hereby ORDERED to strike the above instrument(s) from the record and notify counsel of such action.

Dated: _1-5-01_
(Re: DE#18)

_____
UNITED STATES DISTRICT JUDGE