IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 8 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| GERARDO ORTA | § | |
| | § | |
| | § | |
| V. | § | Civil Action No. C-00-103 |
| | § | |
| | § | |
| BJ SERVICES COMPANY | § | |

## ORDER STRIKING PLEADING(S)

The Clerk has filed your <u>Defendant BJ Services Company's Motion to Strike Plaintiff's Designation of Expert Witnesses, or, in the Alternative, Motion to Compel Written Expert Reports and to Extend BJ Services Company's Time to Designate Responsive Expert Witnesses;</u> however, it is deficient in the area(s) checked below:

1. ___ Pleading is not signed. (LR 11.3)

2. ___ Pleading is not in compliance with LR 11.3.A(1) through (6)

3. ___ Caption of the pleading is incomplete. (LR10.1)

4. ___ No certificate of service, or explanation why service is not required. (LR5.4)

5. ___ No statement re conference w/opposing counsel. (LR7.1.D)

6. ___ Separate proposed order not attached. (LR7.1.C)

7. ___ Motion to consolidate is not in compliance with LR7.6.

8. _X_ Other: <u>Discovery motion filed without prior telephonic permission</u>

The Clerk is hereby ORDERED to strike the above instrument(s) from the record and notify counsel of such action.

Dated: _1-5-01_
(Re: DE#19)

UNITED STATES DISTRICT JUDGE