IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JAN 12 2001

Michael N. Milby, Clerk

| | |
|---|---|
| GERARDO ORTA, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION NO. C-00-103 |
| | § |
| BJ SERVICES COMPANY, | § |
| | § |
| Defendant. | § |

## JOINT MOTION TO DISMISS
## WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, Gerardo Orta, and Defendant, BJ Services Company, file this Joint Motion to Dismiss with Prejudice the above referenced case. The parties have reached a settlement of all claims with the understanding that each party will bear its own costs and attorneys' fees.

WHEREFORE, Plaintiff and Defendant request that the Court grant their Motion and dismiss the case with prejudice with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

_____
CHARLES C. SMITH
State Bar No. 18550210
317 Peoples Street
Nueces Building, Suite 1011
Corpus Christi, Texas 78401
(361) 883-1055
(361) 883 4041 (Facsimile)

ATTORENY-IN-CHARGE FOR
GERARDO ORTA

_____
WILLIAM JOHN BUX
State Bar No. 03546400
So. Dist. of Texas Bar No. 7396
3400 Chase Tower, 600 Travis
Houston, Texas 77002-3095
(713) 226-1275
(713) 223-3717 (Facsimile)

ATTORNEY-IN-CHARGE FOR
DEFENDANT BJ SERVICES COMPANY.

HOUSTON:015882/00010:594886v1

## CERTIFICATE OF SERVICE

    I do hereby certify that a true and correct copy of the Joint Motion to Dismiss with Prejudice was served on this __11__ day of January, 2001 by U.S. Certified Mail, Return Receipt Requested upon the following counsel:

Mr. Charles C. Smith
317 Peoples St.
Nueces Bldg., Suite 1011
Corpus Christi, Texas 78401

                                    _____
                                    Attorney for BJ Services Company

HOUSTON-015882/00010:594886v1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GERARDO ORTA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-103 |
| | § | |
| BJ SERVICES COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court has considered the Joint Motion to Dismiss with Prejudice filed by the Plaintiff and Defendant and the Court is fully apprised. The Joint Motion to Dismiss with Prejudice is GRANTED. Accordingly, it is hereby,

ORDERED that this case is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

SIGNED this _____ day of _____, 2001 in Corpus Christi, Texas.

_____
UNITED STATES DISTRICT JUDGE

HOUSTON:015882/00010:594886v1