

United States District Court
Southern District of Texas
ENTERED

JAN 18 2001

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Gerardo Orta | § | 24 |
| VS. | § | CIVIL ACTION NO. C-00-103 |
| BJ Services Company | § | |

## ORDER STRIKING PLEADING (S)

The clerk has filed your "Joint Motion to Dismiss with Prejudice" ;

however, it is deficient in the area (s) checked below:

1. ___ Pleading is not signed. (LR11.3)

2. _x_ Pleading is not in compliance with LR11.3.A (1) thru (6) No Southern District of Texas Bar Number for attorney Charles C. Smith (LR11.3.A (4)

3. ___ Caption of the pleading is incomplete (LR10.1)

4. ___ No certificate of service, or explanation why service is not required (LR5.4)

5. ___ No statement re conference w/opposing counsel (LR7.1.D)

6. ___ Separate proposed order not attached (LR7.1.C)

7. ___ Motion to consolidate is not in compliance with LR7.6

8. ___ Other: _____

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: 1-17-01
re: D.E. #23/dp

_____
JUDGE PRESIDING