IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB - 5 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| GERARDO ORTA, | § | |
| Plaintiff, | § § § | 26. |
| VS. | § | CIVIL ACTION NO. C-00-103 |
| BJ SERVICES COMPANY, | § § § | |
| Defendant. | § | |

## ORDER

The Court has considered the Joint Motion to Dismiss with Prejudice filed by the Plaintiff and Defendant and the Court is fully apprised. The Joint Motion to Dismiss with Prejudice is GRANTED. Accordingly, it is hereby,

ORDERED that this case is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

SIGNED this 1st day of February, 2001 in Corpus Christi, Texas.

_____
UNITED STATES DISTRICT JUDGE